FORM L16 Notice of Split Case  (v.1.06)                                                                                                         09−62714 − B − 13



UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 2501
Fresno, CA 93721−1318

(559) 499−5800
www.caeb.uscourts.gov
M−F 9:00 AM − 4:00 PM

**FILED**

**9/16/13**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

dnes

# NOTICE OF SPLIT CASE

Case Number:    09−62714 − B − 13

Debtor Name(s) and Address(es):

Aladino Joseph Galli
4245 N Manila
Fresno, CA 93727

Frances Elizabeth Galli
571 Fresno St
Coalinga, CA 93210

The above−named individuals filed a joint petition under chapter 13 on 12/30/09.

**NOTICE IS HEREBY GIVEN THAT:**

An order splitting the estates into separate cases was entered on 09/16/13.

**NOTICE IS FURTHER GIVEN THAT:**

1. The case of co−debtor Frances Elizabeth Galli has been assigned the following new case number:

   13−16171−B−7

   All future documents and correspondence regarding Frances Elizabeth Galli should reference this name and new case number.

2. The case of debtor Aladino Joseph Galli will retain case number 09−62714 − B − 13 . All future documents and correspondence regarding Aladino Joseph Galli should reference this name and case number 09−62714 − B − 13 .

3. All documents on file in the joint case, including claims, shall be deemed filed in each of the split cases. Creditors who have previously filed claims in the joint case need not, therefore, file another claim in the split case.

4. All listed creditors, claimants and parties requesting notice in the joint case shall be deemed parties in each of the split cases. The Clerk of Court has been directed to enter the names and addresses of these parties in the case of co−debtor Frances Elizabeth Galli. Parties who have previously requested notice in the joint case need not, therefore, file another request for notice in the split case.

Dated:
9/16/13

For the Court,
Wayne Blackwelder , Clerk